IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS F. WORTHY, JAMES D. ADAMS, AND WILLCOX-LUMPKIN CO., INC., individually and on behalf of those similarly situation,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF PHENIX CITY, ALABAMA, and REDFLEX TRAFFIC SYSTEMS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.**<br>)  **3:17-CV-73**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**

Defendants The City of Phenix City, Alabama, and Redflex Traffic Systems, Inc., by and through undersigned counsel, hereby move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice Plaintiffs' claims on the grounds that Plaintiffs lack standing and fail to state a claim upon which relief may be granted. Defendants submit the accompanying brief in support of their motion.

    Respectfully submitted by,

    /s/ *H. Thomas Wells, Jr.* _____
    H. Thomas Wells, Jr.
    Stewart Alvis
    Attorneys for Defendant Redflex Traffic
    Systems, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Ave. North
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999
twells@maynardcooper.com
salvis@maynardcooper.com

        /s/ *James R. McKoon*
        James R. McKoon
        Glenn Channing Gamble
        Attorneys for the Defendant City of Phenix
        City, Alabama

McKOON & GAMBLE
P.O. Box 3220
Phenix City, Ala. 36868-3220
jrmckoon@aol.com
chan@mckoonandgamble.com

        /s/ *James P. Graham, Jr.*
        James P. Graham, Jr.
        Attorney for the Defendant City of Phenix
        City, Alabama

THE GRAHAM LEGAL FIRM
Post Office Box 3380
Phenix City, Alabama 36868
(334) 291-0315
jimmy@grahamlegal.org

## CERTIFICATE OF SERVICE

        I hereby certify that I have served a copy of the foregoing document on all counsel of record through the Court's electronic filing system or by United States Mail on this the 2nd day of March, 2017.

        /s/ *H. Thomas Wells, Jr.*
        OF COUNSEL