IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Thomas F. Worthy, etc., et al., | Case No. 3:17 CV 73 |
| Plaintiffs, | <u>JUDGMENT ENTRY</u> |
| -vs- | JUDGE JACK ZOUHARY |
| The City of Phenix City, Alabama, et al., | |
| Defendants. | |

This Court filed a Memorandum Opinion and Order (Doc. 22) granting Defendants' Motion to Dismiss (Doc. 8–9). No other claims remaining, this Court enters final judgment for Defendants. This case is dismissed.

The in-person conference set for Friday, October 27, 2017 at the Montgomery Courthouse is vacated.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 24, 2017