IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Thomas F. Worthy, et al., | Case No. 3:17 CV 73 |
| Plaintiffs, | <u>JUDGMENT ENTRY</u> |
| -vs- | JUDGE JACK ZOUHARY |
| The City of Phenix City, Alabama, et al., | |
| Defendants. | |

As stated in the accompanying Dismissal Order, Counts 1–5 (federal law claims) of the Complaint are dismissed for failure to state a claim; and the related Counts 8–9 (declaratory relief and attorney fees) are dismissed as moot. Counts 6–7 (state law claims) are dismissed for lack of subject matter jurisdiction.

This entire action is therefore dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 29, 2019